UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARISDALIA MERINO CORDERO,<br><br>                                    Petitioner,<br><br>v.<br><br>MERRICK B. GARLAND, Attorney General of the United States; et al.,<br><br>                                    Respondents. | Case No.:  26-cv-2382-BJC-GC<br><br>**ORDER GRANTING MOTION TO WITHDDRAW AMENDED PETITION**<br><br>**[ECF No. 10]** |

On April 15, 2026, Arisdalia Merino Cordero ("Petitioner"), appearing *pro se*, filed a petition for a writ of habeas corpus.  ECF No. 1.  On April 16, 2026, the Court set a briefing schedule, issued a limited stay, and appointed counsel for Petitioner.  ECF No. 2. Petitioner filed an amended petition on April 30, 2026.  ECF No. 5.  On May 1, 2026, Petitioner filed a motion to withdraw Docket Entry No. 8, as Counsel inadvertently named the wrong Petitioner in the pleading caption.  ECF No. 10.  Having reviewed the motion, and good cause appearing, the Court **GRANTS** the motion.  The Clerk of the Court shall withdraw Docket Entry No. 8.

**IT IS SO ORDERED.**

Dated:  May 12, 2026

_____

Honorable Benjamin J. Cheeks
United States District Judge

1

26-cv-2382-BJC-GC