UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARISDALIA MERINO CORDERO,<br><br>                              Petitioner,<br><br>v.<br><br>MERRICK B. GARLAND, Attorney General of the United States; et al.,<br><br>                              Respondents. | Case No.:  26-cv-2382-BJC-GC<br><br>**ORDER GRANTING REQUESTED BRIEFING SCHEDULE**<br><br>**[ECF No. 11]** |

Having reviewed the parties' joint motion, and for good cause shown, the parties' joint motion for a briefing schedule in response to the Amended Petition for Writ of Habeas Corpus, ECF No. 9, is **GRANTED**.  Respondents' return is due on May 18, 2026. Petitioner reply is due on May 22, 2026.

**IT IS SO ORDERED.**

Dated:  May 12, 2026

Honorable Benjamin J. Cheeks
United States District Judge

1

26-cv-2382-BJC-GC